UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GLORIA HACKMAN,** Individually and on Behalf of Others Similarly Situated and the General Public<br><br>*Plaintiffs*,<br><br>v.<br><br>**ALDI Inc. d/b/a Reggano**<br><br>*Defendant*. | Civil Action No.: 1:16-cv-01518-RC<br><br>The Honorable Rudolph Contreras |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff, Gloria Hackman, Individually and on behalf of Others Similarly Situated and the General Public, by and through her undersigned counsel, hereby stipulates to the dismissal with prejudice, of any and all claims by and between the parties, asserted and yet to be asserted, in the above captioned case.

Respectfully submitted,

/s/ Jason S. Rathod
Jason S. Rathod, Esq. (Bar No. 1000882)
Migliaccio & Rathod, LLP
412 H Street NE, Suite 302
Washington, DC  20002
(202) 470-3520
(202) 800-2730

Christopher T. Nidel, Esq. (Bar No. 497059)
Nidel Law, P.L.L.C.
1615 New Hampshire Avenue, NW
Washington, DC  20009
(202) 558-2030

*Attorneys for Plaintiff*

1